1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10                               **WESTERN DIVISION**

11

12   THERESA L. THOMAS,          )      No. CV 05-6569 (CW)
                                  )
13               Plaintiff,       )      JUDGMENT
                                  )
14          v.                    )
                                  )
15   JO ANNE B. BARNHART,         )
     Commissioner, Social Security )
16   Adminstration,               )
                                  )
17               Defendant.       )
     _____ )

18

19       **IT IS ADJUDGED** that this action is remanded to defendant for

20   further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

21   and consistent with the accompanying Decision and Order.

22

23   DATED: August 14, 2006

24

25                                     _____/s/_____
                                             CARLA M. WOEHRLE
26                                     United States Magistrate Judge

27

28